**Kenneth Earl BRYANT, Petitioner–Appellant,**

v.

**Mike BUMGARNER, Respondent–Appellee.**

No. 00–7390.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2001.

Decided March 19, 2001.

Richard Brooks Glazier, Beaver, Holt, Richardson, Sternlicht, Burge & Glazier, P.A., Fayetteville, NC, for appellant. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before DIANA GRIBBON MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenneth Earl Bryant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bryant v. Bumgarner*, No. CA–00–79–5–BR (E.D.N.C. Sept. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*